# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:88-cr-00095-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ROBERT HANEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release [Doc. 10].

On July 5, 1989, the Defendant was found guilty of bank robbery and aiding and abetting the same, in violation of 18 U.S.C. § 2113(a) and 2; robbery of a bank insured by F.D.I.C. and aiding and abetting the same, in violation of 18 U.S.C. § 2113(b) and 2; armed bank robbery and aiding and abetting the same, in violation of 18 U.S.C. § 2113(d) and 2. He was sentenced to a term of 322 months' imprisonment, followed by five years of supervised release. [Doc. 1-1: Judgment].

The Defendant commenced his term of supervised release on August 7, 2015. [See 8]. The Defendant now moves the Court to exercise its

discretion and terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  [Doc. 10].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  In the present case, the Defendant has completed approximately 27 months of his 60-month term of supervised release.  While the Defendant's compliance with the terms and conditions of supervised release is commendable, the Court is not satisfied that termination is warranted under the circumstances. Accordingly, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 10] is **DENIED**. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on counsel for the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 28, 2017

Martin Reidinger
United States District Judge